**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BOBBY WINDELL LEE, | ) | NO. CV 09-07615 AG (SS) |
|   Petitioner, | ) | |
|   v. | ) | **ORDER ADOPTING FINDINGS,** |
| MATTHEW CATE, | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
|   Respondent. | ) | **OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

Accordingly, IT IS ORDERED THAT:

1. The Petition is DENIED and Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner.

DATED: May 28, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

2