UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY WINDELL LEE, | ) | NO. CV 10-07615 AG (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| MATTHEW CATE, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 28, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE